FILED
October 15, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____VJP_____
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Cause No. **DR:25-CR-02410-EG** |
| | § | **I N D I C T M E N T** |
| v. | § § | |
| | § | [VIO: COUNT ONE: 31 U.S.C. § 5332(a)(1) and (b)(1), Bulk Cash Smuggling into or out of the United States.] |
| JESUS ALBERTO MIRELES-DURAN, | § § § | |
| | § § § | **FORFEITURE** |
| | § | |

THE GRAND JURY CHARGES:

COUNT ONE
[31 U.S.C. § 5332(a) and (b)(1)]

On or about September 17, 2025, in the Western District of Texas, Defendant,

JESUS ALBERTO MIRELES-DURAN,

with the intent to evade a currency reporting requirement under Title 31, United States Code, Section 5316, knowingly concealed more than $10,000 in currency and other monetary instruments on the person of the individual defendant and in a conveyance, and transported and transferred and attempted to transport and transfer such currency and monetary instruments from a place within the United States to a place outside of the United States, in violation of Title 31, United States Code, Sections 5332(a)(1) and (b)(1).

## UNITED STATES OF AMERICA'S NOTICE OF DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

### Bulk Cash Smuggling Violations and Forfeiture Statute
[Title 31 U.S.C. § 5332(a)(1) and (b)(1),
subject to forfeiture pursuant to Title 31 U.S.C. § 5332(b)(2)]

As a result of the criminal violations set forth above, the United States of America gives notice to the Defendant of its intent to seek the forfeiture of property, including any items listed below, upon conviction and as a part of sentence pursuant to Fed. R. Crim. P. 32.2 and Title 31 U.S.C. § 5332(b)(2), which states the following:

**Title 31 U.S.C. § 5332.**
\* \* \*
**(b) Penalty.—**
**(2) Forfeiture.—**In addition, the court, in imposing sentence under paragraph (1), shall order that the defendant forfeit to the United States, any property, real or personal, involved in the offense, and any property traceable to such property.

This Notice of Demand for Forfeiture includes but is not limited to the following.

- **$23,165.00 more or less, in U.S. currency.**

A TRUE BILL.

███████████████

FOREPERSON

JUSTIN R. SIMMONS
United States Attorney

By: _Wagner Grey for_ _____
TYLER FLEMING
Assistant United States Attorney