IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| VS. § | 2:25-CR-02410-EG-1 |
| § | |
| JESUS ALBERTO MIRELES-DURAN § | |
|    Defendant § | |

**DEFENDANT JESUS ALBERTO MIRELES-DURAN'S
MOTION TO SUBSTITUTE COUNSEL**

TO HONORABLE UNITED STATES DISTRICT JUDGE ERNEST GONZALEZ SITTING FOR THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS:

The Defendant in the above styled and numbered cause, JESUS ALBERTO MIRELES-DURAN, respectfully moves the Court for an order substituting Sostenes Mireles II and discharging his previous attorney of record for the Defendant in this cause. In support of this motion, JESUS ALBERTO MIRELES-DURAN, would show the Court as follows:

I.

1. Paul Charles Looney, Attorney at Law, was previously retained to represent the Defendant in this case.

2. Defendant is requesting counsel of his choice at this time.

3. JESUS ALBERTO MIRELES-DURAN has retained Sostenes Mireles II, Attorney at Law, to represent him in this case.

This motion is not brought for delay, but to allow the Defendant to be represented by

counsel of choice.

## II.

JESUS ALBERTO MIRELES-DURAN prays that the Court enter an order substituting Sostenes Mireles II and discharging the previous attorney of record in this cause.

Respectfully submitted,

**SOSTENES MIRELES II LAW & ASSOCIATES**
509 Spring Street
Del Rio, Texas 78840
Telephone: (830) 775-6056
Fax: (866) 877-5852


BY: *"/s/ Sostenes Mireles II"*
SOSTENES MIRELES II
Texas State Bar Number: 24041497
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the Defendant's Motion to Substitute Counsel was served electronically using the CM/ECF online filing system to the Office of the United States Attorney and Paul Charles Looney, Attorney at Law, on the 17th day of October, 2025.

*"/s/ Sostenes Mireles II"*
Sostenes Mireles II
Attorney at Law

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § | 2:25-CR-02410-EG-1 |
| JESUS ALBERTO MIRELES-DURAN<br>     Defendant | § § § | |

ORDER ON JESUS ALBERTO MIRELES-DURAN'S
MOTION TO SUBSTITUTE COUNSEL

The Defendant's Motion to Substitute Counsel is hereby:

_____        GRANTED

_____        DENIED

Signed in Del Rio, Texas on this the \_\_\_\_\_ day of _____, 2025.

_____
HONORABLE ERNEST GONZALEZ
UNITED STATES DISTRICT JUDGE