**FILED**
October 21, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____JP_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff,*<br><br>v.<br><br>JESUS ALBERTO MIRELES-DURAN,<br>*Defendant.* | Case No.: **DR-25-CR-02410-EG-1** |

## ORDER ON DEFENDANT'S MOTION TO SUBSTITUTE COUNSEL

Before the Court is Defendant Jesus Alberto Mireles-Duran's Motion to Substitute Counsel (the "Motion"), ECF 14, filed October 17, 2025. Upon review of the record and the facts presented, the Court **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Attorney Paul Charles Looney be withdrawn, and Attorney Sostenes Mireles II be substituted to represent Defendant in this case.

**SIGNED**, this 21st day of October 2025.

_____
ERNEST GONZALEZ
UNITED STATES DISTRICT JUDGE